AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

J & J SPORTS PRODUCTIONS, INC.

V.

GARY BLACKWELL, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1058 -MHT

TO: (Name and address of Defendant)

Igor's Oyster Bar, Inc.
3619 Eastern Blvd.
Montgomery, AL  36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
847 S. McDonough Street
Montgomery, AL  36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/5/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

J&J SPORTS PRODUCTION, INC

V.

GARY BLACKWELL, ET.AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1058 - MHT

TO: (Name and address of Defendant)

**GARY BLACKWELL
IGORS OYSTER BAR
3619 EASTERN BLVD
MONTGOMERY, AL 36116**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. ANDERSON NELMS
LAW OFFICE OF JAY LEWIS
847 S. MCDONOUGH ST, SUITE 100
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12/5/07