IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

J & J Sports Productions, Inc., )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-1058-MHT
)
Gary Blackwell, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __J & J Sports Productions, Inc.__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

12/6/2007                            /s/ K. ANDERSON NELMS
Date                                 (Signature)

                                     K. Anderson Nelms
                                     (Counsel's Name)

                                     **J & J Sports Productions, Inc.**
                                     Counsel for (print names of all parties)

                                     Address, City, State Zip Code

                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, K. Anderson Nelms_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th_____ day of December_____ 20 07, to:

_____

_____

_____

_____

_____


12/6/2007                                                /s/ K. Anderson Nelms
_____                                _____
     Date                                             Signature