- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gary Blackwell
   Igors Oyster Bar
   3619 Eastern Blvd.
   Montgomery AL 36057

A. Signature
X *Stephanie ___* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Stephanie Hinson
C. Date of Delivery: 0/6/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07CV1058 SVC

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 2054 5153

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540