**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J & J Sports Productions, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:07-cv-1058** |
| **vs.** | ) | |
| | ) | |
| **Gary Blackwell, the alter ego and/or** | ) | |
| **owner of Blackwell's Igor's,** | ) | |
| **and/or Igor's Oyster Bar, Inc., a** | ) | |
| **business incorporated and licensed in** | ) | |
| **Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the Defendant in the

above cause for failure to plead, answer or otherwise defend in said cause as required by law.

By:    /s/ Andy Nelms
Keith Anderson Nelms
ASB-6972-E63K

Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733        (Telephone)
(334) 832-4390        (Facsimile)

Default entered:

_____

By: _____
        Clerk / Chief Deputy

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J & J Sports Productions, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:07-cv-1058** |
| **vs.** | ) | |
| | ) | |
| **Gary Blackwell, the alter ego and/or** | ) | |
| **owner of Blackwell's Igor's,** | ) | |
| **and/or Igor's Oyster Bar, Inc., a** | ) | |
| **business incorporated and licensed in** | ) | |
| **Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REQUEST FOR ENTRY OF DEFAULT**

To the Clerk of the United States District Court:

Plaintiff hereby requests that the Clerk enter default in this matter against Defendant on

the ground that Defendant has failed to appear or otherwise respond to the Complaint within the

time prescribed by the *Federal Rules of Civil Procedure*. Certificate of Andy Nelms ¶ 5.

Plaintiff served the Summons and Complaint on Defendant on December 6, 2007, by

Certified United States Mail, as evidenced by the proof of service on file with this Court. Id. ¶ 2.

Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the

military service. Id. ¶ 6 .

Respectfully submitted this 5th day of February, 2008.


By:    /s/ Andy Nelms
       Keith Anderson Nelms
       Attorney for Plaintiff
       ASB-6972-E63K

Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733          (Telephone)
(334) 832-4390          (Facsimile)

## CERTIFICATE OF SERVICE

      I, the undersigned counsel for Plaintiff, hereby certify that a true and accurate copy of the above and foregoing document was served via both United States Postal Mail, properly addressed and postage prepaid, and electronically through this Court's CM/ECF system, on this the 5th day of February, 2008, to the following party(ies):

Gary Blackwell
c/o Igor's Oyster Bar
3619 Eastern Boulevard
Montgomery, Alabama 36116

Of Counsel
/s/ Andy Nelms

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J & J Sports Productions, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:07-cv-1058** |
| **vs.** | ) | |
| | ) | |
| **Gary Blackwell, the alter ego and/or** | ) | |
| **owner of Blackwell's Igor's,** | ) | |
| **and/or Igor's Oyster Bar, Inc., a** | ) | |
| **business incorporated and licensed in** | ) | |
| **Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE**

I, Keith Anderson Nelms, declare:

1.      I am an attorney at law licensed to practice before the Courts of the State of

Alabama and this United States District Court.  I am the attorney for the Plaintiff

in the law firm of Anderson Nelms & Associates, LLC.  Unless stated otherwise, I

have personal knowledge of the following facts and, if called and sworn as a

witness, could and would competently testify thereto.

2.      On December 3, 2007, Plaintiff filed the Complaint in this case against

Defendant.  Attached hereto as Exhibits A and B are true and correct copies of the

proof of service on file with the Court, reflecting that Defendant was served with

the Summons and Complaint on December 6, 2007, by Certified United States

Postal Mail.

3.      In excess of 20 days have lapsed since the date on which service of the Summons

and Complaint was effective.

4.       Neither Plaintiff nor the Court has granted Defendant any extension of time to

respond to the Complaint.

5.       Defendant has failed to answer or otherwise respond to the Complaint, or serve a

copy of any answer or other response upon Plaintiff's attorney of record.

6.       Information available to me indicates that Defendant is not an infant or

incompetent person and has not been in the military service of the United States

since the filing of this action nor for a period of six months prior to such filing.

I certify, pursuant to 28 U.S.C. 1746(2), under penalty of perjury, that the foregoing is

true and correct.

Respectfully submitted this 5th day of February, 2008.


                                                    By:      /s/ Andy Nelms
                                                             Keith Anderson Nelms
                                                             Attorney for Plaintiff
                                                             ASB-6972-E63K


Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733         (Telephone)
(334) 832-4390         (Facsimile)

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel for Plaintiff, hereby certify that a true and accurate copy of the above and foregoing document was served via both United States Postal Mail, properly addressed and postage prepaid, and electronically through this Court's CM/ECF system, on this the 5th day of February, 2008, to the following party(ies):

Gary Blackwell
c/o Igor's Oyster Bar
3619 Eastern Boulevard
Montgomery, Alabama 36116

Of Counsel
/s/ Andy Nelms

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X _____   ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
Stephanie Johnson                   18/6/07

1. Article Addressed to:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

07CV1058
STC

|.||..||....||..||.||..||.|
Igor's Oyster Bar, Inc.
3619 Eastern Blvd.
Montgomery, AL  36116

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☒ Yes

2. Article Number
   (Transfer from service          9415 4502 E000 0010 9002

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

■ ...e items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

*Gary Blackwell*

IGORS OYSTER BAR
3619 EASTERN Blvd.
Montgomery AL 36057

A. Signature

X *Stephanie ___*    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*Stephanie ___*                    *0/6/07*

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:         ☐ No

*07CV1058 svc*

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7006 0100 0003 2054 5153

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540