IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GARY BLACKWELL, the alter ego and/or ) | Civil Action No. 2:07-cv-1058-MHT-WC |
| owner BLACKWELL'S IGOR'S, and/or ) | |
| IGOR'S OYSTER BAR, INC., a business ) | |
| Incorporated and licensed in Alabama, ) | |
| ) | |
| Defendant. ) | |

ENTRY OF DEFAULT

It appearing that defendant Gary Blackwell, the alter ego and/or owner of Blackwell's Igor's and/or Igor's Oyster Bar, Inc., was duly served with a copy of the summons and complaint on December 6, 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on February 5, 2008, as required by law.

DEFAULT is hereby entered against said defendant Gary Blackwell, the alter ego and/or owner of Blackwell's Igor's and/or Igor's Oyster Bar, Inc.

DONE THIS __7th__ day of __February__, 2008.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA