UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **J & J Sports Productions, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary Blackwell, the alter ego and/or | ) | Case No.: 2:07-cv-1058 |
| owner of Blackwell's Igor's, | ) | |
| and/or Igor's Oyster Bar, Inc., a | ) | |
| business incorporated and licensed in | ) | |
| Alabama, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SET ASIDE
THE ENTRY OF DEFAULT AGAINST
DEFENDANT GARY BLACKWELL**

COMES NOW Plaintiff, by and through the undersigned counsel, and respectfully requests that this Honorable Court grant it this Motion to Set Aside this Court's Entry of Default against Defendant Gary Blackwell in the above entitled case, and as grounds therefor, states the following:

After further review, Plaintiff has reason to believe that Defendant Gary Blackwell was not served in accordance with Rule 4(e) of the *Federal Rules of Civil Procedure*.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court grant it this Motion to Set Aside the Entry of Default against Defendant Gary Blackwell.

Respectfully submitted this 7th day of February, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff

> 847 So. McDonough Street, Ste 100
> Montgomery, Alabama, 36104
> Voice (334) 263-7733
> Fax (334) 263-7733
> andynelms@andersonnelms.com

Of Counsel:
ANDERSON NELMS & ASSOCIATES, LLC
847 S. McDonough Street, Suite 100
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

GARY BLACKWELL
3619 Eastern Boulevard
Montgomery, Alabama 36116

on this the 7th day of February, 2008.

> Of Counsel:
>     /s/ Andy Nelms