◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE        District of        ALABAMA

J & J SPORTS PRODUCTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

CASE NUMBER:    2:07-CV-1058-MHT

TO: (Name and address of Defendant)

BLACKWELL IGOR'S, INC.
3619 EASTERN BOULEVARD
MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              2/8/08

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

J & J SPORTS PRODUCTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

CASE NUMBER: 2:07-CV-1058-MHT

TO: (Name and address of Defendant)

IGORS
3619 EASTERN BOULEVARD
MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           2/8/08

CLERK                                                      DATE

V. Austin

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

J & J SPORTS PRODUCTIONS, INC.

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-1058-MHT

TO: (Name and address of Defendant)

BLACKWELL IGOR'S, INC.
3619 EASTERN BOULEVARD
MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/8/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

J & J SPORTS PRODUCTIONS, INC.

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07-CV-1058-MHT

TO: (Name and address of Defendant)

GARY BLACKWELL
557 TOWNE LAKE DRIVE
MONTGOMERY, ALABAMA 36117-6025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*      2/8/08

CLERK                    DATE

(By) DEPUTY CLERK