IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTIONS,    )
INC.,                        )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         2:07cv1058-MHT
                             )
GARY BLACKWELL, etc.,        )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

The court is confused as to the identity of the defendants in this lawsuit; indeed, the parties sued are entitled know clearly and unambiguously whether they are defendants in this lawsuit.  Specifically, it is unclear from plaintiff J & J Sports Productions, Inc.'s complaint whether plaintiff is suing Gary Blackwell as an alter ego to the others, with the result that Blackwell is the sole defendant in this lawsuit, or whether plaintiff is suing Blackwell and others, with the result that Blackwell is

one defendant and there are other defendants as well. Also, if there are defendants other than Blackwell, it is unclear who the other defendants are. Are the other defendants Blackwell's Igor's, Inc., Igor's Oyster Bar, Inc., and Igor's? Or Blackwell's Igor's, Inc. and Igor's Oyster Bar, Inc.? Or just Igor's Oyster Bar, Inc.? Or just Blackwell's Igor's, Inc.?

It is therefore ORDERED that, on or before February 20, 2008, plaintiff J & J Sports Productions, Inc. is to amend the complaint to identify clearly and unambiguously who the defendants are in this lawsuit.

DONE, this the 12th day of February, 2008.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE