IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTIONS,   )
INC.,                       )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )       2:07cv1058-MHT
                            )
GARY BLACKWELL, etc.,       )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

It is ORDERED as follows:

(1) The motion to set aside the entry of default (Doc. No. 9) is granted.

(2) The entry of default (Doc. No. 8) is set aside.

DONE, this the 12th day of February, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE