IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTIONS,   )
INC.,                       )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:07cv1058-MHT
                            )
GARY BLACKWELL and          )
BLACKWELL IGOR'S, INC., a   )
business incorporated in    )
the State of Alabama,       )
                            )
     Defendants.            )
```

ORDER

Pursuant to the second amended complaint (Doc. No. 14), it is ORDERED that the docket sheet should be corrected to reflect that there are only two defendants in this case: Gary Blackwell and Blackwell Igor's, Inc., a business incorporated in the State of Alabama. All other listed defendants should be terminated.

DONE, this the 14th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE