✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>                 District of                 <u>ALABAMA</u>

J & J SPORTS PRODUCTIONS, INC.

## SUMMONS IN A CIVIL ACTION

V.

GARY BLACKWELL, IGORS, IGORS OYSTER
BAR, AND BLACKWELL IGOR'S, INC.

CASE NUMBER:    2:07-CV-1058-MHT

TO: (Name and address of Defendant)

GARY BLACKWELL
557 TOWNE LAKE DRIVE
MONTGOMERY, ALABAMA 36117-6025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE    2/8/08



United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

CERTIFIED MAIL™

7006 0100 0003 2054 5191

RECEIVED

2008 28 A

CLK

MARY BLACKWELL
557 Towne Lake Drive
Montgomery, Alabama 36117-6025

U.S. POSTAGE