AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__     District of     __ALABAMA__

J & J SPORTS PRODUCTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

CASE NUMBER:   2:07-CV-1058-MHT

TO: (Name and address of Defendant)

GARY BLACKWELL
557 TOWNE LAKE DRIVE
MONTGOMERY, ALABAMA 36117-6025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_          2/8/08

CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-1-08 |
| NAME OF SERVER (PRINT) MERVAN CRAIG | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
3619 EASTERN BLVD., MONTGOMERY, AL 36116

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  CERTIFIED MAIL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-1-08
           Date

Signature of Server

703 GARDNER RD, GRADY, AL 36036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.