UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: **2:07-cv-1058-MHT** |
| ) | |
| **GARY BLACKWELL, and** ) | |
| **BLACKWELL IGOR'S, INC.,** a ) | |
| business incorporated in the State of ) | |
| Alabama, ) | |
| ) | |
| **Defendants.** ) | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Clerk for the above-entitled Court will enter default against Defendants in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

By:   /s/ Andy Nelms
      Keith Anderson Nelms
      ASB-6972-E63K

Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733     (Telephone)
(334) 832-4390     (Facsimile)


Default entered: _____
By: _____
        Clerk / Chief Deputy

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: **2:07-cv-1058-MHT** |
| ) | |
| **GARY BLACKWELL, and** ) | |
| **BLACKWELL IGOR'S, INC.,** a ) | |
| business incorporated in the State of ) | |
| Alabama, ) | |
| ) | |
| **Defendants.** ) | |

**REQUEST FOR ENTRY OF DEFAULT**

To the Clerk of the United States District Court:

Plaintiff hereby requests that the Clerk enter default in this matter against Defendants on the ground that Defendants have failed to appear or otherwise respond to the Complaints within the time prescribed by the *Federal Rules of Civil Procedure*. Certificate of Andy Nelms ¶ 5.

Plaintiff served a copy of the Summons and Complaint on each Defendant on March 2, 2008, by private process server, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Plaintiffs are informed and believe that Defendants are not infants or incompetent persons, or in the military service. Id. ¶ 6.

Respectfully submitted this 28th day of March, 2008.

By: /s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
ASB-6972-E63K

Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733        (Telephone)
(334) 832-4390        (Facsimile)

**CERTIFICATE OF SERVICE**

     I, the undersigned counsel for Plaintiff, hereby certify that a true and accurate copy of the above and foregoing document was served via both United States Postal Mail, properly addressed and postage prepaid, and electronically through this Court's CM/ECF system, on this the 28th day of March, 2008, to the following party(ies):

Gary Blackwell
557 Towne Lake Drive
Montgomery, Alabama 36117-6025

Blackwell Igor's, Inc.
3619 Eastern Boulevard
Montgomery, Alabama 36116

                                                          Of Counsel
                                                          /s/ Andy Nelms

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: **2:07-cv-1058-MHT** |
| ) | |
| **GARY BLACKWELL, and** ) | |
| **BLACKWELL IGOR'S, INC.,** a ) | |
| business incorporated in the State of ) | |
| Alabama, ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE

I, Keith Anderson Nelms, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am the attorney for the Plaintiff in the law firm of Anderson Nelms & Associates, LLC. Unless stated otherwise, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On December 3, 2007, Plaintiff filed its Complaint in this case against Defendants. By way of a private process server, Plaintiff perfected service of a Summons and Complaint upon each Defendant on March 1, 2008. *See* Court Docs 17 and 18.

3. In excess of 20 days have lapsed since the date on which service of the Summonses and Complaints was perfected.

4. Neither Plaintiff nor the Court has granted Defendants any extension of time to

respond to the Complaint.

5. Each Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorney of record.

6. Information available to me indicates that Defendants are not infants or incompetent persons, and have not been in the military service of the United States since the filing of this action nor for a period of six months prior to such filing.

I certify, pursuant to 28 U.S.C. 1746(2), under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted this 28th day of March, 2008.

By: /s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
ASB-6972-E63K

Of Counsel:
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama 36104
(334) 263-7733   (Telephone)
(334) 832-4390   (Facsimile)

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, hereby certify that a true and accurate copy of the above and foregoing document was served via both United States Postal Mail, properly addressed and postage prepaid, and electronically through this Court's CM/ECF system, on this the 28th day of March, 2008, to the following party(ies):

Gary Blackwell
557 Towne Lake Drive
Montgomery, Alabama 36117-6025

Blackwell Igor's, Inc.
3619 Eastern Boulevard
Montgomery, Alabama 36116

                                                                                                           Of Counsel
                                                                                                           /s/ Andy Nelms