

CERTIFIED MAIL

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

7006 0100 0003 2054 5207

IGORS
3619 Eastern Boulevard
Montgomery, Alabama 36116

NIXIE      352    5E 1       90 03/27/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 36101071111      *2375-08092-27-28

36101@0711

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ ALABAMA _____

J & J SPORTS PRODUCTIONS, INC.

                                    **SUMMONS IN A CIVIL ACTION**

                 V.

GARY BLACKWELL, IGORS, IGORS OYSTER
BAR, AND BLACKWELL IGOR'S, INC.

                        CASE NUMBER:   2:07-CV-1058-MHT

TO: (Name and address of Defendant)

       IGORS
       3619 EASTERN BOULEVARD
       MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

       KEITH ANDERSON NELMS
       ANDERSON NELMS & ASSOCIATES, LLC
       847 SOUTH MCDONOUGH STREET, SUITE 100
       MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

2/8/08

_____
DATE