**CERTIFIED MAIL**

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

7006 0100 0003 2054 5214



Closed 3-4-08  2/9  2/24

IGORS OYSTER BAR
3619 EASTERN BOULE
MONTGOMERY, AL 36

36101@0711

NIXIE    352  5A 1    80 03/27/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 36101071111    *2375-08094-27-29

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

J & J SPORTS PRODUCTIONS, INC.

V.

GARY BLACKWELL, IGORS, IGORS OYSTER BAR, AND BLACKWELL IGOR'S, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07-CV-1058-MHT

TO: (Name and address of Defendant)

IGORS OYSTER BAR
3619 EASTERN BOULEVARD
MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                         2/8/08

CLERK                                                                           DATE

(By) DEPUTY CLERK