IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GARY BLACKWELL and BLACKWELL ) | Civil Action No. 2:07-cv-1058-MHT- |
| IGOR'S, INC, a business incorporated in the ) | |
| State of Alabama, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

It appearing that defendants Gary Blackwell and Blackwell Igor's, Inc., were duly served with a copy of the summons and complaint on March 1, 2008, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on March 28, 2008, as required by law.

DEFAULT is hereby entered against said defendants Gary Blackwell and Blackwell's Igor's, Inc.

DONE THIS  5th   day of  September , 2008.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA