IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTIONS,  )
INC.,                      )
                           )
    Plaintiff,             )
                           )   CIVIL ACTION NO.
    v.                     )   2:07cv1058-MHT
                           )         (WO)
GARY BLACKWELL and         )
BLACKWELL IGOR'S, INC., a  )
business incorporated in   )
the State of Alabama,      )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff J & J Sports Productions, Inc. shall have and recover from defendants Gary Blackwell and Blackwell Igor's, Inc. the sum of $ 2,500.

(2) Plaintiff J & J Sports Productions, Inc.'s other requests for monetary relief are denied.

It is further ORDERED that costs are taxed against defendants Gary Blackwell and Blackwell Igor's, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of July, 2009.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**